# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HUSAAN MUSA, | ) CASE NO. 1:25-CV-1638 |
| Plaintiff, | ) JUDGE CHARLES E. FLEMING |
| v. | ) |
| SHEILA TURNER-MCCALL, *et al.*, | ) **MEMORANDUM OPINION AND ORDER** |
| Defendants. | ) |

The Court is in receipt of Plaintiff's amended complaint filed on December 22, 2025. (ECF No. 6). In Plaintiff's amended complaint, Plaintiff does not assert a cause of action against Defendant Aimee Fanter, a named Defendant in Plaintiff's initial complaint removed to this Court on August 6, 2025. (*Id.* at PageID #57–58; ECF No. 1-1). Plaintiff further asserts causes of action against several additional Defendants which were not parties to Plaintiff's initial complaint. (*Id.*).

Federal Rule of Civil Procedure 15(a) requires a party obtain either Defendants' written consent or the Court's leave to file an amended complaint if it has been (1) twenty-one days since service of the initial complaint, or (2) twenty-one days since service of a responsive pleading or motion, whichever occurs first. Plaintiff served the initial complaint on July 9, 2025, prior to removal to this Court. (ECF No. 1). Defendants Judge Shiela Turner-McCall, Prosecutor Aimee Fanter, and Prosecutor Aqueelah Jordan filed a motion to dismiss this action on September 25, 2025. Therefore, to amend the complaint as a matter of course, Plaintiff was required to file an amended complaint by October 16, 2025. Plaintiff did not. Neither has Plaintiff obtained Defendants' written consent or the Court's leave to file its amended complaint as required by Federal Rule 15(a). Accordingly, Plaintiff's amended complaint is hereby **STRICKEN**. The

additional Defendants will be removed from this action, and Aimee Fanter will be re-designated as a party to the case.

**IT IS SO ORDERED**.

Date: January 5, 2026

*/s/ Charles Fleming*

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**